# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WAYNE A. STOKER, | § § | |
| v. | § § | Case No. 2:16-cv-578-JRG-RSP |
| TRINITY INDUSTRIES PLANT 19 | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 10, 2017 (Dkt. No. 73) recommending granting of Dkt. No. 7, Defendant's Motion to Dismiss (the "Motion"). Plaintiff has not filed a timely objection to the Report and Recommendation. The Recommendation is adopted.

**IT IS ORDERED** that the Defendant's Motion to Dismiss Trinity's Motion to Dismiss (Dkt. No. 7) is **GRANTED**, and that the case be **DISMISSEDWITHOUT PREJUDICE**

So **ORDERED and SIGNED** this 14th day of March, 2017.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE